IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRIS C. and C. C., <br><br> Plaintiffs, <br><br> v. <br><br> CIGNA CORPORATION, TRUSTEED PLANS SERVICE CORPORATION, and WASHINGTON FIRE COMMISSIONERS ASSOCIATION HEALTH CARE BENEFITS PLAN, <br><br> Defendants. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION TO TRANSFER VENUE** <br><br> Case No. 2:25-cv-01006 <br><br> Judge Tena Campbell |

Before the court is a motion to dismiss or alternatively transfer venue filed by Defendant Cigna Corporation. (ECF No. 15.) The Plaintiffs have indicated that they do not oppose the transfer of this action to the District of Connecticut. (See ECF No. 18.) The remaining Defendants have not opposed the request to transfer.

Under 28 U.S.C. § 1404(a), a "district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." Here, Cigna Corporation's principal place of business is in Connecticut. And under 29 U.S.C. § 1132(e)(2), an action under the Employment Retirement Income Security Act (ERISA) may be brought "in the district where the plan is administered, where the breach took place, or where a defendant resides or may be found…." The court therefore finds that this action could have been brought in the District of Connecticut and that, given the Plaintiffs' non-opposition, transfer is appropriate.

1

Because this action is being transferred, the court terminates the Plaintiffs' motion to dismiss as moot. (ECF No. 15.) Cigna Corporation must therefore respond to the Complaint within 14 days from the date of this order. See Fed. R. Civ. P. 12(a)(4)(A). To permit the remaining Defendants time to find local counsel and to avoid confusion, the court extends the answer deadline for all Defendants and orders all Defendants to respond to the Complaint within 14 days from the date of this order.

## ORDER

For the foregoing reasons, the court ORDERS as follows:

1. The court GRANTS the Defendant's Motion to Transfer Venue. (ECF No. 15.)

2. The court ORDERS that this case be transferred to the District of Connecticut.

3. The court TERMINATES AS MOOT the Defendant's Motion to Dismiss. (ECF No. 15.)

4. The court ORDERS that the Defendants respond to the Complaint within 14 days from the date of this order.

DATED this 4th day of March, 2026.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge